# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

December 20, 2023

**VIA ECF AND EMAIL (FAILLA_NYSDCHAMBERS@NYSD.USCOURTS.GOV)**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
 for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007



Re: *Castro v. GSI Outdoors, LLC*, Case No. 23-cv-06012-KPF
    **Defendant's Request for Extension of Time**

Your Honor:

We represent Defendant GSI Outdoors, LLC ("Defendant") in the above-referenced action. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, we write with the consent of counsel for Plaintiff Felix Castro ("Plaintiff") respectfully to request that the Court extend Defendant's time to respond to the Complaint from December 30, 2023 to January 29, 2024.  In support of this request, counsel for Defendant states that the parties are continuing to make progress in their discussions regarding an early resolution of this action.  However, as a result of the upcoming holidays and vacation schedules related thereto, the parties do not anticipate being in a position to reconvene and continue those discussions until early January 2024.  If granted, this extension and adjournment will permit the parties to continue to focus on their efforts to resolve this matter, rather than on pleadings and litigation.  This is Defendant's fourth request for an extension of time to respond to the Complaint.  The Court granted Defendant's prior requests.  As noted above, Plaintiff's counsel consents to these requests.  If granted, these requests will not affect any other dates scheduled in this action.

We thank the Court in advance for its consideration of these requests.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming
*Counsel for Defendant*

C: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060            T +1.212.309.6000
United States                                         F +1.212.309.6001

Application GRANTED. The deadline by which Defendant must respond to the Complaint is hereby ADJOURNED to **January 29, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 15.

Dated:   December 20, 2023          SO ORDERED.
         New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE